**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1044**

_____

BRIAN HOFFARD; EMMALYN HOFFARD,

Plaintiffs - Appellants,

v.

MARC JONES CONSTRUCTION, LLC, d/b/a Sunpro Solar, now known as ADT
Solar LLC,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at
Newport News.  Arenda L. Wright Allen, District Judge.  (4:24-cv-00010-AWA-DEM)

_____

Submitted:  October 30, 2025                    Decided:  November 3, 2025

_____

Before RUSHING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Brian Hoffard, Emmalyn Hoffard, Appellants Pro Se.  Charles C. Eblen, SHOOK HARDY
BACON, LLP, Kansas City, Missouri, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Hoffard and Emmalyn Hoffard appeal the district court's order denying their motion to remand to state court, granting Defendant's motion to compel arbitration, and dismissing their amended complaint without prejudice. We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Hoffard v. Marc Jones Constr., LLC*,  No. 4:24-cv-00010-AWA-DEM (E.D. Va., Jan. 8, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*